UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

      **Plaintiff,**                                        Case No. 3:03-CR-30154-1

      vs.

**Cymantha Trotter-Rice,**

      **Defendant,**

======================================
**Biological Technology Laboratory, Inc.,**

      **Garnishee.**

### ORDER

**HERNDON, Chief Judge:**

    Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby **ORDERED** that the Writ of Garnishment on Biological Technology Laboratory, Inc in this cause be and the same is hereby **DISMISSED**, without prejudice.

    **IT IS SO ORDERED.**

    Signed this 24th day of April, 2014.

Digitally signed by
David R. Herndon
Date: 2014.04.24
15:58:07 -05'00'

**Chief Judge**
**United States District Court**